993 A.2d 1214

IN THE MATTER OF PETER J. CAMMARANO,
III, AN ATTORNEY AT LAW.

April 26, 2010.

## ORDER

**PETER J. CAMMARANO, III,** of **NEWARK,** who was admitted to the bar of this State in 2002, having pleaded guilty in the United States District Court for the District of New Jersey to an Information charging him with conspiracy to obstruct commerce by extortion under color of official right in violation of 18 *U.S.C.* § 1951(a), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **PETER J. CAMMARANO, III,** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **PETER J. CAMMARANO, III,** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **PETER J. CAMMARANO, III,** comply with *Rule* 1:20–20 dealing with suspended attorneys.